FILED
2013 Dec-18  AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

vs.                                         MC-13-J-1482-S

MELISSA MURRAY,

    Respondent.

### ORDER

This cause comes before the court due to the petitioner's failure to obtain service of the petition on the respondent. The petitioner is **ORDERED** to **SHOW CAUSE** why service has not yet been obtained.

It is further **ORDERED** by the court that should additional time for service and a new hearing date be needed, the petitioner shall file an appropriate motion for the same.

It is further **ORDERED** by the court that failure to respond to this Order shall be taken as an election by the petitioner not to proceed with this matter and the same will then be dismissed for failure to prosecute.

**DONE** and **ORDERED** this 18st day of December, 2013.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE