FILED
 2013 Dec-27  AM 07:54
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:13-mc-01482-IPJ |
| ) | |
| MELISSA MURRAY, ) | |
| ) | |
| Respondent. ) | |

### UNITED STATES OF AMERICA'S RESPONSE TO SHOW CAUSE ORDER AND NOTICE OF SERVICE OF ORDER, SHOW CAUSE ORDER, PETITION AND EXHIBITS ON RESPONDENT BY THE UNITED STATES MARSHAL'S SERVICE

Comes now the United States of America ("United States") in behalf of its agency the Internal Revenue Service ("IRS") by and through its counsel Joyce White Vance, United States Attorney for the Northern District of Alabama and Richard E. O'Neal, Assistant United States Attorney for the said district, and files this Response to Show Cause Order and Notice of Service of Order, Show Cause Order, Petition and Exhibits on Respondent by the United States Marshals Service ("Response"). As grounds for this Response, the United States avers as follows:

1.  On September 13, 2013, the Court entered an Order which ordered a representative of the United States Marshals Service ("USMS") to personally

1

serve a copy of the order, show cause order, petition and exhibits on the Respondent.  [Doc.5].

2.	Pursuant to the terms of the Order, on December 19, 2013, a representative of the USMS personally served a copy of the order [Doc.5], the show cause order [Doc.3], the petition and exhibits [Doc.1] on the Respondent, Melissa Murray. Service of the stated documents was obtained on the Respondent at 28 Second Avenue North, Birmingham, AL 35204 at 4:12 p.m. See the USM-285 which is attached hereto as Exhibit A.

        Respectfully submitted,

        JOYCE WHITE VANCE
        United States Attorney

        */s/Richard E. O'Neal*
        RICHARD E. O'NEAL
        Assistant United States Attorney
        1801 Fourth Avenue North
        Birmingham, AL 35203
        Tele:(205) 244-2120
        Fax: (205) 244-2175

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been served upon the following by first-class United States Mail, properly addressed and postage prepaid on this the 27th day of December 2013.

Ms. Melissa Murray
28 Second Avenue North
Birmingham Alabama 35204

                                                  */s/Richard E. O'Neal*
                                                RICHARD E. O'NEAL
                                                Assistant United States Attorney